# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MANUEL PANTOJA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:13-cv-07667 |
| v. ) | |
| ) | Judge: Honorable Robert W. Gettleman |
| PORTFOLIO RECOVERY ASSOCIATES, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF JUDGMENT

The parties, through their respective counsel, stipulates as follows:

1. Defendant Portfolio Recovery Associates, LLC ("PRA") stipulates and agrees to a judgment for Plaintiff Manuel Pantoja in the amount of $1,000 plus reasonable attorney fees and costs on his claim under the Fair Debt Collection Practices Act (Count One).

2. Plaintiff Manuel Pantoja agrees to a stay for the petition for the amount of reasonable attorney fees and costs pending the result of the appeal.

3. Plaintiff Manuel Pantoja and Defendant PRA agree that they reserve their rights to appeal any adverse rulings that predate entry of judgment.

4. Therefore, this Court enters judgment on Count One in favor of Plaintiff Manuel Pantoja and against Defendant PRA in the amount of $1,000 plus reasonable attorney fees and costs. The petition for reasonable attorney fees and costs is stayed until after the appeal of this case.

| MANUEL PANTOJA, Plaintiff | PORTFOLIO RECOVERY ASSOCIATES, LLC, Defendant |
|---|---|
| */s/* | */s/* |
| Matthew H. Hector | Avanti D. Bakane |
| Sulaiman Law Group, Ltd. | Hinshaw & Culbertson LLP |
| 900 Jorie Boulevard, Suite 150 | 222 N. LaSalle Street, Suite 300 |
| Oak Brook, IL 60523 | Chicago, IL 60601 |
| E-mail: mhector@sulainmanlaw.com | E-mail: abakane@hinshawlaw.com |