UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MANUEL PANTOJA, | ) |
| Plaintiff, | ) ) ) |
| | ) File No. 1:13-cv-07667 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) ) ) Judge: Honorable Robert W. Gettleman |
| | ) Magistrate Judge: Honorable Arlander Keys |
| Defendant. | ) ) ) |

**MOTION FOR PROVE-UP AND ENTRY OF JUDGMENT**

NOW COMES the Plaintiff, MANUEL PANTOJA ("Manuel"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., submitting this Motion for Prove-Up and Entry of Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure against the Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC ("PRA"), and in support thereof, stating as follows:

1. Manuel brought this lawsuit against PRA for damages for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq. ("FDCPA") and the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/10a ("ICFA"). The lawsuit seeks statutory and actual damages.

2. On January 15, 2015, this Court granted Manuel's motion for summary judgment as to his FDCPA claim. It granted PRA's cross-motion for summary judgment as to Manuel's ICFA claim.

3. This matter was set for a hearing on prove up and status on February 19, 2015 at 9:00 AM.

1

4. Manuel seeks entry of a judgment amount against PRA in the amount of $1,000.00 in statutory damages pursuant to the FDCPA.

5. Manuel also seeks his attorney's fees and costs pursuant to the FDCPA. The affidavit of Matthew H. Hector, counsel of record, is attached to this motion as Exhibit A.

6. Manuel's attorney's fees are $23,462.50. Manuel's costs are $637.35. *See* Exhibit A.

WHEREFORE, Plaintiff MANUEL PANTOJA prays for an entry of Judgment against Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC in the amount of $1,000.00 in statutory damages pursuant to the FDCPA and $24,099.85 in attorney's fees and costs pursuant to the FDCPA.

Dated: February 12, 2015                    Respectfully Submitted,

/s/ Matthew H. Hector
Matthew H. Hector ARDC#6283058
Daniel J. McGarry, Esq. ARDC#6309647
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2015 I caused copies of Plaintiff's **Motion for Prove-Up and Entry of Judgment** to be filed pursuant to the Federal Rules of Civil Procedure and Local Rules with the Clerk of the United States District Court, Northern District of Illinois, using the CM/ECF system. Copies will be served by certified mail by depositing copies of the same, at 900 Jorie Blvd., Oak Brook, Illinois 60523, with proper postage pre-paid, upon the following:

    Avanti Bakane
    Hinshaw & Culbertson, LLP
    222 North LaSalle Street, Suite 300
    Chicago, Illinois 60601

    /s/ Matthew H. Hector
    Matthew H. Hector ARDC#6283058
    *Counsel for Plaintiff*
    Sulaiman Law Group, LTD
    900 Jorie Blvd, Ste 150
    Oak Brook, IL 60523
    Phone (630)575-8181
    Fax: (630)575-8188