UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Manuel Pantoja
                              Plaintiff,

v.                                              Case No.: 1:13−cv−07667
                                                      Honorable Robert W. Gettleman

Portfolio Recovery Associates LLC
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 19, 2015:

      MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 2/19/2015. Plaintiff's motion [49] for prove up and entry of judgment is granted. Defendant agrees to statutory damages of $1,00.00. Enter judgment in favor of plaintiff in the amount of $1,000.00. Any petition for attorneys' fees is stayed until after a appeal of this case. The parties reserve their rights to appeal any adverse rulings that predate entry of judgment. Civil case terminated. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.