# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 12, 2015

*By the Court:*

|  |  |
|---|---|
| No. 15-1567 | MANUEL PANTOJA, <br> Plaintiff - Appellee <br><br> v. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC, <br> Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:13-cv-07667 <br> Northern District of Illinois, Eastern Division <br> District Judge Robert W. Gettleman |

Upon consideration of the **REDACTED COPY OF SEALED EXHIBIT**, filed on November 12, 2015, by counsel for the appellant,

**IT IS ORDERED** that the appellant shall refile the exhibit by November 30, 2015. The refiled exhibit shall, in addition to the portions already redacted, also redact the account numbers and telephone number appearing on page 48.

The document received on November 12, 2015, shall be maintained under seal. Upon receipt, the refiled exhibit shall be placed in the public record.

form name: **c7_Order_BTC** (form ID: **178**)