## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### FINAL JUDGMENT

March 29, 2017

| Before: | MICHAEL S. KANNE, Circuit Judge |
| | ILANA DIAMOND ROVNER, Circuit Judge |
| | DAVID F. HAMILTON, Circuit Judge |



CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| | |
|---|---|
| No. 15-1567 | MANUEL PANTOJA,<br>Plaintiff - Appellee<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br>Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:13-cv-07667<br>Northern District of Illinois, Eastern Division<br>District Judge Robert W. Gettleman ||

The judgment of the District Court is **AFFIRMED,** with costs, in accordance with the decision of this court entered on this date.

　form name: **c7_FinalJudgment**(form ID: **132**)